1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   EMELITO EXMUNDO,                        1:06-cv-00205-AWI-GSA (PC)

12            Plaintiff,                     ORDER DENYING MOTION FOR
                                             EXTENSION OF TIME, GRANTING
13        vs.                                PLAINTIFF'S REQUEST FOR STATUS OF
                                             CASE, AND DIRECTING CLERK TO SEND
14   A. K. SCRIBNER, et al.,                 DOCKET SHEETS TO PLAINTIFF

15            Defendants.                    (DOCUMENT #21)
     _____/

16

17        Plaintiff is a prisoner proceeding pro se and in forma pampers in a civil rights action

18   pursuant to 42 U.S.C. § 1983.  On December 27, 2007, plaintiff filed a motion seeking an

19   extension of time and status of his pending cases.

20        Regarding plaintiff's motion for extension of time, plaintiff failed to specify what the

21   extension of time is needed for.  For this reason, plaintiff's motion shall be denied.  Plaintiff

22   cannot move for an extension of time in this action without specifying what the extension is for.

23        Regarding  plaintiff's motion for status of his pending cases, plaintiff is advised that

24   when he requests relief in more than one case, he must file a motion for each case and refer to

25   each of the relevant case numbers.  Furthermore, ordinarily the court does not give written status

26

                                              1

of cases.[1]  Nevertheless, in this instance, plaintiff's motion for status shall be granted and the Clerk shall send plaintiff copies of docket sheets for his three pending cases in this district, for his review.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, filed December 27, 2007, is DENIED, without prejudice;

2. Plaintiff's request for status of his cases is GRANTED; and

3. The Clerk is DIRECTED to mail plaintiff copies of docket sheets for his three cases pending in this Eastern District court, 1:06-cv-00205-AWI-GSA-PC, 1:07-cv-01711-LJO-SMS-PC, and 1;07-cv-01714-LJO-SMS-PC.

IT IS SO ORDERED.

Dated:   **January 11, 2008**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Due to the large number of civil actions pending before the court, the Clerk is unable to respond in writing to individual inquiries regarding the status of cases.  As long as you keep the court apprised of your current address, you will receive <u>all</u> court decisions which might affect the status of your case.  <u>See</u> Local Rule 83-183(b).  If you have not submitted a document required in your case, the court will notify you.