1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE
9                           EASTERN DISTRICT OF CALIFORNIA
10
11    EMELITO EXMUNDO,                          1:06-cv-00205-AWI-GSA (PC)
12              Plaintiff,                       ORDER GRANTING PLAINTIFF'S
                                                 MOTION TO EXTEND TIME TO FILE
13         vs.                                   SECOND AMENDED COMPLAINT
14    A. K. SCRIBNER, et al.,                    (Doc. 25.)
15              Defendants.                      30-DAY DEADLINE
16    _____/
17           Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
18    1983.  On March 9, 2009,  plaintiff filed a motion to extend time to file a second amended
19    complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING
20    THEREFOR, IT IS HEREBY ORDERED that:
21           Plaintiff is granted thirty (30) days from the date of service of this order in which to file
22    his second amended complaint, pursuant to the court's order of January 28, 2009.
23          IT IS SO ORDERED.
24    **Dated:    March 12, 2009**              **_/s/ Gary S. Austin_**
                                                UNITED STATES MAGISTRATE JUDGE
25
26
27
28