# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILITO EXMUNDO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>R. VELLA, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01714-LJO-SMS PC<br><br>ORDER CONSOLIDATING THIS CASE AND 1:06-CV-00205-AWI-GSA PC, AND DIRECTING THE CLERK OF COURT TO DOCKET THIS ORDER IN BOTH CASES AND CLOSE THIS FILE<br><br>(Doc. 20) |

　　Plaintiff Emilito Exmundo is a state prisoner proceeding pro se in this civil rights action. Defendants removed this case from the Superior Court of California, Kings County on November 21, 2007. 28 U.S.C. §1441(b). On October 20, 2008, Plaintiff filed a notice of related cases. Plaintiff is also proceeding in this court in case number 1:06-cv-00205-AWI-GSA PC, *Exmundo v. J.A. Tilton et al.*, in which Plaintiff asserts virtually identical claims against the Defendants named in this action.

　　The Court has reviewed the complaints in both cases. Plaintiff may not litigate the same claims against the same parties in two separate cases. Plaintiff shall proceed on his claims in the earlier filed case, and this case shall be closed

　　Accordingly, this case is HEREBY ORDERED CONSOLIDATED with case number 1:06-cv-00205-AWI-GSA PC, and the Clerk of Court SHALL docket this order in both cases and close this file.

IT IS SO ORDERED.

**Dated:　March 31, 2009**　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE