IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO, | 1:06-cv-00205-AWI GSA (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| A. K.SCRIBNER, et al., | (Motion#28) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2009, plaintiff filed a motion to extend time to file a Second Amended Complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a Second Amended Complaint, pursuant to the court's order of January 28, 2009.

IT IS SO ORDERED.

Dated: **April 23, 2009**        /s/ **Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE