# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO,<br><br>        Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00205-AWI-GBC PC<br><br>ORDER SEVERING PLAINTIFF'S CASES, AND DIRECTING CLERK'S OFFICE TO REOPEN CASE 1:07-cv-01714-LJO-SMS<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT<br><br>THIRTY-DAY DEADLINE |

      Plaintiff Emelito Exmundo ("Plaintiff") is a state prisoner who is proceeding pro se and in forma pauperis in these civil rights actions pursuant to 42 U.S.C. § 1983. On March 31, 2009, an order was issued consolidating cases 1:06-cv-00205-AWI-GBC and 1:07-cv-01714-LJO-SMS. (Doc. 27.) Upon reviewing the cases it has been determined that although both cases allege some similar incidents, case 1:07-cv-01714-LJO-SMS includes unrelated claims against different defendants that may not be joined with 1:06-cv-0205-AWI-GBC.

      Based on the foregoing it is HEREBY ORDERED that:

1. Cases 1:06-cv-00205-AWI-GBC PC and 1:07-cv-01714-LJO-SMS PC be severed; and
2. The Clerk's Office is ordered to:
   a. Reopen case 1:07-cv-01714; and
   b. Designate cases 1:06-cv-00205-AWI-GBC and 1:07-cv-01714 as related; and
   c. Assign the actions to the same district judge and magistrate judge; and

        d.     Send Plaintiff a civil rights complaint form; and

        e.     File a copy of this order in case 1:07-cv-01714-LJO-SMS; and

3. Within thirty (30) days from the date of service of this order, Plaintiff shall file an amended complaint in case 1:07-cv-01714-LJO-SMS; and

        a.     The amended complaint is not to exceed 10 pages; and

        b.     The amended complaint must comply with the Federal Rules of Civil Procedure and the Local Rules; and

4. If Plaintiff fails to file an amended complaint in compliance with this order, 1:07-cv-01714 will be dismissed for failure to state a claim.

IT IS SO ORDERED.

Dated:    October 13, 2010

_____
UNITED STATES MAGISTRATE JUDGE