## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO, | 1:06-cv-00205 AWI DLB (PC) |
| Plaintiff, | |
| vs. | |
| A.K. SCRIBNER, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Emelito Halili Exmundo, CDCR # H-25509, a necessary and material witness in a settlement conference in this case on June 14, 2013, is confined in Pleasant Valley State Prison (PVSP), 24863 West Jayne Avenue, Coalinga, California 93210, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Friday, June 14, 2013, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Allison Claire; and

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at PVSP via facsimile at (559) 935-4928.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, PVSP, P. O. Box 8500, Coalinga, California 93210:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, until completion of the settlement conference or as ordered by Judge Claire.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   April 3, 2013                    /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE