# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

EMELITO EXMUNDO,                              1:06-cv-00205 AWI DLB (PC)

      Plaintiff,

  vs.

A.K. SCRIBNER, et al.,

      Defendants.                    **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

      Emelito Halili Exmundo, CDCR # H-25509, a necessary and material witness in a settlement conference in this case on June 14, 2013, is confined in Pleasant Valley State Prison (PVSP), 24863 West Jayne Avenue, Coalinga, California 93210, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire at the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Friday, June 14, 2013, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Allison Claire; and

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      3.  The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at PVSP via facsimile at (559) 935-4928.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, PVSP, P. O. Box 8500, Coalinga, California 93210:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, until completion of the settlement conference or as ordered by Judge Claire.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

    IT IS SO ORDERED.

    Dated:   April 3, 2013              /s/ Dennis L. Beck
                                                     UNITED STATES MAGISTRATE JUDGE