1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11
12

EMELITO EXMUNDO,

               Plaintiff,

13

    v.

14

A.K. SCRIBNER, et al,

15

               Defendant.

1:06-cv-00205-AWI-DLB (PC)

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL

(Document 115)

16
17
18
19
20
21
22
23

      On January 27, 2014, Plaintiff filed a motion seeking the appointment of counsel. Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.

24
25
26
27

      Without a reasonable method of securing and compensating counsel, the court will seek volunteer counsel only in the most serious and exceptional cases.  In determining whether "exceptional circumstances exist, the district court  must evaluate both the likelihood of success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

28

1

1   complexity of the legal issues involved." <u>Id</u>. (internal quotation marks and citations omitted).

2      In the present case, the court does not find the required exceptional circumstances.  Even

3 if it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations

4 which, if proved, would entitle him to relief, his case is not exceptional.  This court is faced with

5 similar cases almost daily.  Further, based on a review of the record in this case, the court does

6 not find that Plaintiff cannot adequately articulate his claims.  <u>Id</u>.

7      Insofar as Plaintiff requests counsel because Defendants' actions have delayed trial in this

8 matter, his argument is without merit.  While Plaintiff is correct that trial has been delayed, a

9 mere delay does not alter the nature of the issues involved in this action.

10      For the foregoing reasons, Plaintiff's motion for the appointment of counsel is HEREBY

11 DENIED, without prejudice.

12

13

14 IT IS SO ORDERED.

15     Dated:    **January 29, 2014**           /s/ Dennis L. Beck

16                               UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28                          2