# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO, | ) 1:06cv00205 AWI DLB PC |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME *NUNC PRO TUNC* |
| vs. | ) |
| A. K. SCRIBNER, et al., | ) (Document 130) |
| Defendants. | ) |

Plaintiff Emelito Exmundo ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On February 14, 2014, Plaintiff filed a motion to extend time to file jury instructions, along with his proposed jury instructions.  Accordingly, good cause appearing, Plaintiff's request for additional time is GRANTED *nunc pro tunc*.

IT IS SO ORDERED.

Dated:  **February 19, 2014**          /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE

1