# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO,<br><br>            Plaintiff,<br><br>     vs.<br><br>BELL, et al.,<br><br>            Defendants. | 1:06cv00205 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING HOUSING ASSIGNMENTS<br><br>(Document 130) |

Plaintiff Emelito Exmundo ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. The action is currently awaiting assignment of a trial date.

On March 24, 2014, Plaintiff filed a motion requesting that neither he, nor his trial witnesses, be housed at Corcoran State Prison during transport to and from trial. He states that he was housed at Corcoran during transport for his June 2013 settlement conference and was treated "horribly."

The Court does not have jurisdiction to dictate Plaintiff's housing assignment during transport to and from Court. Housing decisions are in the sole discretion of the California Department of Corrections and Rehabilitation. Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **April 1, 2014**              /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

1