1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EMELITO EXMUNDO,

              Plaintiff,

    v.

A.K. SCRIBNER, et al.,

              Defendant.

1:06-cv-0205 AWI DLB (PC)

ORDER GRANTING   MOTION FOR
EXTENSION OF TIME TO FILE TRIAL
BRIEF NUNC PRO TUNC

(Document# 125)

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §1983.  On February 7, 2014, Plaintiff filed a motion to extend time to file his trial brief. Inasmuch as Plaintiff filed the trial brief on  February 7, 2014, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT Plaintiff's motion to extend time to his trial brief is GRANTED nunc pro tunc.

IT IS SO ORDERED.

    Dated:   **August 13, 2014**                /s/ *Dennis L. Beck*

                                     UNITED STATES MAGISTRATE JUDGE