UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO,<br><br>    Plaintiff,<br><br>    v.<br><br>BELL, et al.,<br><br>    Defendants. | Case No.: 1:06cv00205 AWI DLB (PC)<br><br>NOTICE AND ORDER THAT LAVALLE L. JACKSON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on August 26, 2014. Inmate Lavalle L. Jackson testified in the matter on August 26, 2014. Mr. Jackson finished his testimony on August 26, 2014.

Accordingly, Lavalle L. Jackson, CDCR #T-35127, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: August 26, 2014

_____
SENIOR DISTRICT JUDGE

1