UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BELL, et al.,<br><br>　　　　　Defendants. | Case No.: 1:06cv00205 AWI DLB (PC)<br><br>NOTICE AND ORDER THAT RAYMOND C. LIM IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　　Jury trial in this matter commenced on August 26, 2014.  Inmate Raymond C. Lim testified in the matter on August 26, 2014.  Mr. Lim finished his testimony on August 26, 2014.

　　　　Accordingly, Raymond C. Lim, CDCR # V-34121, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:　August 26, 2014　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1