UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO,<br><br>        Plaintiff,<br><br>   v.<br><br>BELL, et al.,<br><br>        Defendants. | Case No.: 1:06cv00205 AWI DLB (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON AUGUST 27, 2014, AT 8:30 A.M. IN COURTROOM 2 |

    Plaintiff Emelito Exmundo, CDCR # H-25509, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, August 27, 2014, in Courtroom 2, from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated:  August 26, 2014

                               SENIOR DISTRICT JUDGE

1