UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELITO EXMUNDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BELL, et al.,<br><br>　　　　Defendants. | Case No.: 1:06cv00205 AWI DLB (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF EMELITO EXMUNDO IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　Jury trial in this matter commenced on August 26, 2014.  Trial concluded on August 27, 2014.

　　　Accordingly, Plaintiff Emelito Exmundo, CDCR # H-25509, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  August 27, 2014　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1