UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
SEP 02 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

EMELITO EXMUNDO,

        Plaintiff,

vs.

B. JOHNSON, B. BELL,

        Defendant.
_____/

1:06-CV-205

**JUDGMENT IN A CIVIL ACTION**

        JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        Jury finds in favor of defendants and against plaintiff.

DATED: 9/2/14

Marianne Matherly, Clerk

By: _____
      Deputy Clerk